UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 11-4315 SI (pr) |
| CORNELIUS ANDERSON, | **ORDER OF DISMISSAL** |
| Plaintiff. | |

This action was opened when the court received from Cornelius Anderson expressing displeasure at dealings he had with a pen pal service he used from prison. The clerk opened a case file for the action and sent out a notice on August 31, 2011 that Anderson had not filed a complaint, and cautioned that the action would be dismissed if he did not submit a complaint within thirty days. The clerk also sent out a notice that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application, and cautioned that the action would be dismissed if Anderson did not pay the fee or file the application materials within thirty days. Anderson never responded to the communications from the court.

In light of Anderson's failure to file a complaint and failure to pay the fee or file an *in forma pauperis* application, this action is DISMISSED without prejudice. The clerk shall close the file.

IT IS SO ORDERED.

Dated: October 24, 2011

_____
SUSAN ILLSTON
United States District Judge