**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                      No. C 11-4315 SI (pr)

CORNELIUS ANDERSON,                        **JUDGMENT**

           Plaintiff.
                                        /

      This action is dismissed without prejudice due to plaintiff's failure to file a complaint and failure to pay the fee or file an *in forma pauperis* application.

      IT IS SO ORDERED AND ADJUDGED.

Dated: October 24, 2011                  _____
                                                   SUSAN ILLSTON
                                             United States District Judge