1
2
3
4
5                 UNITED STATES DISTRICT COURT
6                NORTHERN DISTRICT OF CALIFORNIA
7
8    In Re.                              No. C 11-4315 SI (pr)
9    CORNELIUS ANDERSON,                 **JUDGMENT**
10                  Plaintiff.
11   _____/
12           This action is dismissed without prejudice due to plaintiff's failure to file a complaint
13   and failure to pay the fee or file an *in forma pauperis* application.
14
15           IT IS SO ORDERED AND ADJUDGED.
16
17   Dated: October 24, 2011
18                                         SUSAN ILLSTON
                                       United States District Judge
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California